**Electronically Filed
Supreme Court
SCAD-11-0000473
16-AUG-2011
08:29 AM**

SCAD-11-0000473

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

RICHARD HACKER, Respondent.

---

ORIGINAL PROCEEDING
(ODC 07-177-8637)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the Disciplinary Board's Report and Recommendation for the Suspension of Respondent Richard Hacker, and upon full consideration of all the evidence in the record and the transcripts of the disciplinary hearings, it appears that Respondent Hacker falsified two letters that were material to a lawsuit pending against him and presented them to opposing counsel as authentic, fraudulently misrepresented his financial assets to a federal bankruptcy court for personal benefit, violated his professional duty of diligence and competence to a client in the underlying divorce matter, and has demonstrated a pattern of misconduct before tribunals in violation of Rules 1.1, 1.4(a), 3.4(b), 8.4(a) and (c) of the Hawai'i Rules of Professional Conduct. Therefore,

IT IS HEREBY ORDERED that Respondent Hacker is suspended from the practice of law in this jurisdiction for a period of five years, effective 30 days from entry of this order, as provided by Rule 2.16(c) of the Rules of the Supreme Court of the State of Hawai'i.

IT IS FURTHER ORDERED that, in addition to any other requirements for reinstatement imposed by the Rules of the Supreme Court of the State of Hawai'i, Respondent Hacker shall pay all costs of these proceedings as approved upon timely submission of a bill of costs.

IT IS FURTHER ORDERED that Respondent Hacker shall, within ten (10) days after the date of this order, file with this court an affidavit in full compliance with Rule 2.16(d) of the Rules of the Supreme Court of the State of Hawai'i.

DATED:  Honolulu, Hawai'i, August 16, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna